UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CHRISTOPHER SHOCKLEY**, <br><br> Plaintiff, <br><br> v. <br><br> **STERICYCLE, INC.**, a Delaware corporation; **ROBERT RIZZO, VICKI KRATOHWIL, and ELIZABETH BLUMER, individually and as agents for the Defendant STERICYCLE, INC.**, <br><br> Defendants. | No. 1:13-cv-01711 <br><br> **Magistrate Judge Finnegan** |

## ORDER TO DISMISS CASE

This action is dismissed with prejudice with each party to bear its own costs and fees.

*Sheila Finnegan*
Honorable Magistrate Judge Finnegan

Dated: October 25, 2013